UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JOHN VERCILLO,

                Plaintiff,

                                               Civil Action No. 5:09-CV-166

  vs.

RITE AID CORPORATION,

                Defendant.

_____

APPEARANCES:                          OF COUNSEL:

FOR PLAINTIFF:

Syracuse University Law College      Michael A. Schwartz, Esq.
P.O. Box 6543
Syracuse, NY 13217-6543

FOR DEFENDANT:

Raven, Kolbe Law Firm                  Keith A. Raven, Esq.
126 East 56th Street
Suite 202
New York, NY 10022


FREDERICK J. SCULLIN,
SENIOR U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: April 21, 2011
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge